# NO. 12-08-00126-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

|  |  |  |
|---|---|---|
|  | § |  |
| *IN RE: CITY NATIONAL BANK,* |  |  |
| *ELIZABETH KING AND* | § | *ORIGINAL PROCEEDING* |
| *JULIE TAYLOR* |  |  |
| *RELATORS* | § |  |

## *MEMORANDUM OPINION*

On June 11, 2008, this court delivered an opinion conditionally granting the petition for writ of mandamus filed by City National Bank, Elizabeth King, and Julie Taylor as relators. That opinion ordered Respondent, the Honorable Clay Gossett, Judge of the Fourth Judicial District Court of Rusk County, Texas, to vacate his order dated March 11, 2008 denying Relators' motions to transfer venue to Gregg County, Texas and, in its stead, issue an order granting the motions. Subsequently, on June 24, 2008, Respondent signed an order complying with this court's order and opinion of June 11, 2008.

All issues attendant to this original proceeding having been disposed of, this mandamus proceeding has now been rendered moot; therefore, the writ need not issue. Accordingly, this original proceeding is ***dismissed***.

**JAMES T. WORTHEN**
Chief Justice

Opinion delivered June 25, 2008.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)